10/15/2005 09:54:57am

**Higgins & Allmand, PC**
112 Goliad St.
Benbrook, TX 76126

Phone: (214) 265-0123
Bar Number: 24043824

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE: §
 (H)  **Kenneth Craig Marks**  §  CASE NO: **05-91182**
 (W)  **Pamela Sue Marks**  §
        Debtor(s)  §
§

FOR CLERK'S USE ONLY

## DEBTOR'S PRELIMINARY CHAPTER 13 PLAN    DATED: 12/1/2004.

| TRUSTEE'S NOTES: | | Date Case Filed | **10/3/2005** |
|---|---|---|---|
| | | Type of Payment<br>1=Annual, 2=Semi-Annual<br>4=Quarterly, 12=Monthly | **12** |
| | | First Payment Due | **1/15/2005** |
| H&W Monthly Take Home Pay | **$3,195.91** | Periodic Payment Amount | **$900.00** |
| Less Expenses | **$2,295.91** | Number of Plan Payments | **60 months** |
| Equals Surplus | **$900.00** | Equals Base Plan Amount | **$54,000.00** |
| | | Calculated Amount | **$54,000.00** |
| Total Debtor Attorney Fees | **$2,000.00** | Noticing Fees: # of Notices X 1<br>The Trustee shall be allowed to collect noticing fees from the first distribution to creditors. | **14** |
| Attorney Fees paid by Trustee<br>(Gross amount paid including interest, if any) | **$1,794.00** | Rate | **$1.05** |
| Total Filing Fees of $194.00 with | **$0.00**<br>paid by Trustee | Total Noticing Fees | **$14.70** |

**HOME MORTGAGE:**
Regular mortgage payments on all liens to be paid "Direct" by Debtor beginning on **11/1/2005**.
Arrearages are to be paid by the Trustee as follows:

| Lien Holder | Total Arrearage | Through MM/DD/YY | Interest Rate | Payment Term | # of Payments | Periodic Payment Amount |
|---|---|---|---|---|---|---|
| Washington Mutual | $22,773.39 | | 8% | 1-60 | 60 | Pro-Rata |

**SECURED CREDITORS:**

| Name | Description of Collateral | Scheduled Amount | Value of Collateral | Annual Int. Rate | Term | # of Pmts. | CD | Periodic Payment Amount |
|---|---|---|---|---|---|---|---|---|
| First Investors Servicing Corp | 2003 Toyota Camry | $19,646.79 | $15,810.01 | 6.5% | 1-46 | 46 | 1 | $389.65 |
| Ford Credit | 1998 Chevrolet Silverado | $12,000.00 | $11,176.00 | 0% | N/A | N/A | 0 | Surrender |
| Washington Mutual | Residence | $105,000.00 | $102,200.00 | 0% | N/A | N/A | 0 | $1,020.86 (Direct) |

*CD....... 0 = Direct or Surrender, 1 = Paid by Trustee (Any Deficiency will automatically be bifurcated or "split" and included in the unsecured class)*

\* See Pro Forma, if attached, for a detail of Pro-Rata and/or Variable payments.
*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

10/15/2005 09:54:57am

(H) **Kenneth Craig Marks**
(W) **Pamela Sue Marks**
(C#) **05-91182**

**DEBTOR'S PRELIMINARY CHAPTER 13 PLAN**

*Page 2*

## EXECUTORY CONTRACTS AND UNEXPIRED LEASES:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| **(None)** | | | No |

## PRIORITY CREDITORS:

| Name | Amount Disputed | Scheduled Amount | Annual Int. Rate | Term | # of Pmts. | Periodic Payment Amount |
|---|---|---|---|---|---|---|

## SPECIAL CLASS UNSECURED CREDITORS:

| Name | Basis for Classification | Scheduled Amount | Annual Int. Rate | Term | # of Pmts. | Periodic Payment Amount |
|---|---|---|---|---|---|---|

## GENERAL UNSECURED CREDITORS:

The general unsecured creditors, listed below, will receive an estimated **7%** of their claims, or a pro rata share of Total Payments (Base Plan Amount) shown above, after all of the above claims are paid in full.

| Name | Note | Amount |
|---|---|---|
| ADT | | $104.00 |
| Chevron | | $300.14 |
| First Investors Servicing Corporation | *Deficiency* | $3,836.78 |
| Ford Credit | *Deficiency* | $824.00 |
| Frost National Bank | | $156.96 |
| Justice Finance | | $196.00 |
| Providian | | $1,129.63 |
| Sears | | $422.71 |
| Target National Bank | | $540.56 |
| Washington Mutual | | $592.75 |
| | Total Unsecured Debt ---> | **$8,103.53** |

The total of all unsecured debt, including deficiencies is **$8,103.53** with **$486.19** paid to the unsecured creditors.

---

* See Pro Forma, if attached, for a detail of Pro-Rata and/or Variable payments.

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

10/15/2005 09:54:57am

(H) **Kenneth Craig Marks**
(W) **Pamela Sue Marks**
(C#) **05-91182**

**DEBTOR'S PRELIMINARY CHAPTER 13 PLAN**

*Page 3*

## COMPUTATION OF REQUIRED PLAN PAYMENTS:

|  | Total Amounts | Total Payments with Interest (Gross amount to be disbursed) |
|---|---|---|
| Filing Fees | $0.00 | $0.00 |
| Noticing Fees | $14.70 | $14.70 |
| Debtor Attorney Fees | $1,794.00 | $1,794.00 |
| Home Mortgage Arrears | $22,773.39 | $28,405.30 |
| Secured Claims | $15,810.01 | $17,901.28 |
| Priority Claims | $0.00 | $0.00 |
| Special Class Unsecured Claims | $0.00 | $0.00 |
| General Unsecured Claims | $8,103.53 | $486.19 |
| **Totals** | **$48,495.63** | **$48,601.47** |

| | | | |
|---|---|---|---|
| With Zero to Unsecureds | $53,513.81 | Trustee Fees __10__ % of Total Payments (less filing & noticing fees) | $5,398.53 |
| Base Plan Amount | $54,000.00 | Total Payments Total distribution + Trustee Fees + Filing & Notice Fees | $54,000.00 |
| Available for Unsecureds | $486.19 | | |
| Unsecured Percentage Computed on Base Plan Amount | 7% | Required Periodic Payment to Achieve Unsecured Percentage | $900.00 |

* See Pro Forma, if attached, for a detail of Pro-Rata and/or Variable payments.

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

10/15/2005 09:54:57am

(H) **Kenneth Craig Marks**
(W) **Pamela Sue Marks**
(C#) **05-91182**

**DEBTOR'S PRELIMINARY CHAPTER 13 PLAN**

*Page 4*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing PRELIMINARY CHAPTER 13 PLAN was served upon the following parties of interest:

Tim Truman
6851 N. E. Loop 820, Suite 300
N. Richland Hills, TX 76180

and all parties and creditors listed on the original mailing matrix and any amended mailing matrix.

DATED: 10/15/2005

/s/ Jason Miller
**Jason Miller**

* See Pro Forma, if attached, for a detail of Pro-Rata and/or Variable payments.

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

**Higgins & Allmand, PC**
112 Goliad St.
Benbrook, TX 76126

Phone: (214) 265-0123
Bar Number: 24043824

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE: §
 (H) **Kenneth Craig Marks** § CASE NO: **05-91182**
    xxx-xx-8222 §
 (W) **Pamela Sue Marks** §
    xxx-xx-0204 §
      Debtor(s) §

FOR CLERK'S USE ONLY

# CHAPTER 13 PLAN SUMMARY (EXHIBIT "A")     DATED: **12/1/2004**.

Petition was filed on **10/3/2005**.

H&W Monthly Take Home Pay: **$3,195.91**     Expenses: **$2,295.91**     Surplus: **$900.00**

First payment due by: **1/15/2005**.

**PLAN PAYMENT:** Debtor(s) to pay **$900.00** per month for **60 months** for a total of **$54,000.00**.

**ADMINISTRATIVE:** Total debtor's attorney fees of **$2,000.00** with **$1,794.00** through the plan.
Outstanding filing fees of _____ will be paid through the plan.
If applicable, the trustee shall collect noticing fees from the first disbursement in the amount of **$14.70**.

**HOME MORTGAGE:**
Regular mortgage payments on all liens to be "Direct" by Debtor beginning **11/1/2005**.
Arrearages are to be paid by the Trustee as follows:

| Lien Holder | Total Arrearage | Through MM/DD/YY | Interest Rate | Payment Term | # of Payments | Periodic Payment Amount |
|---|---|---|---|---|---|---|
| Washington Mutual | $22,773.39 | | 8% | 1-60 | 60 | Pro-Rata |

**SECURED CREDITORS:**

| Name | Description of Collateral | Scheduled Amount | Value of Collateral | Annual Int. Rate | Term | Periodic Payment Amount |
|---|---|---|---|---|---|---|
| First Investors Servicing Corp | 2003 Toyota Camry | $19,646.79 | $15,810.01 | 6.5% | 1-46 | $389.65 |
| Ford Credit | 1998 Chevrolet Silverado | $12,000.00 | $11,176.00 | 0% | N/A | Surrender |
| Washington Mutual | Residence | $105,000.00 | $102,200.00 | 0% | N/A | $1,020.86 (Direct) |

**EXECUTORY CONTRACTS AND UNEXPIRED LEASES:**

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| **(None)** | | | |
| | | | No |

**PRIORITY CREDITORS:**

| Name | Amount Disputed | Scheduled Amount | Annual Int. Rate | Term | Periodic Payment Amount |
|---|---|---|---|---|---|
| Higgins & Associates P. C. -Hu | $0.00 | $1,794.00 | 0% | | First Funds |

\* Variable Payments Scheduled. See Pro Forma, if attached.

10/15/2005 09:54:57am

(H) **Kenneth Craig Marks**  
(W) **Pamela Sue Marks**  
(C#) **05-91182**

CHAPTER 13 PLAN SUMMARY (EXHIBIT "A")

*Page 2*

**SPECIAL CLASS UNSECURED CREDITORS:**

| Name | Basis for Classification | Scheduled Amount | Annual Int. Rate | Term | Periodic Payment Amount |
|---|---|---|---|---|---|
| | | | | | |

**GENERAL UNSECURED CREDITORS:**   Pay approximately **7%**.

| Name | Disputed | Contingent | Note | Amount |
|---|---|---|---|---|
| ADT | ☐ | ☐ | | $104.00 |
| Chevron | ☐ | ☐ | | $300.14 |
| First Investors Servicing Corporation | ☐ | ☐ | Deficiency | $3,836.78 |
| Ford Credit | ☐ | ☐ | Deficiency | $824.00 |
| Frost National Bank | ☐ | ☐ | | $156.96 |
| Justice Finance | ☐ | ☐ | | $196.00 |
| Providian | ☐ | ☐ | | $1,129.63 |
| Sears | ☐ | ☐ | | $422.71 |
| Target National Bank | ☐ | ☐ | | $540.56 |
| Washington Mutual | ☐ | ☐ | | $592.75 |
| | | | Total Unsecured Debt ---> | **$8,103.53** |

\* Variable Payments Scheduled. See Pro Forma, if attached.